CATHERINE E. AROSTEGUI, SBN 118756
PETER McENTEE, SBN 252075
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: PMcEntee@beesontayer.com

Attorneys for Plaintiff
TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>COASTSIDE SCAVENGER COMPANY; COASTSIDE/SEACOAST SCAVENGER COMPANY, and COASTSIDE/SEACOAST DISPOSAL COMPANY,<br><br>Defendants. | Case No. CV-11-05316 LB<br><br>**DECLARATION OF PETER M. MCENTEE**<br><br>Hearing Date: March 22, 2012<br>Hearing Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Magistrate Judge Laurel Beeler<br>Complaint Filed: November 1, 2011<br>Trial Date: |

I, PETER M. McENTEE, declare as follows:

1. I am an attorney in the law firm of Beeson, Tayer & Bodine, attorneys of record for the Plaintiff in this action. I have personal knowledge of the facts set forth in this Declaration.

2. This Declaration is submitted in support of the Fund's Motion for Default Judgment, and accompanying request for attorneys' fees and costs.

3. In 2011, I was responsible for taking legal action to compel Defendant Coastside Scavenger Company, Coastside/Seacoast Scavenger Company, and Coastside/Seacoast Disposal Company ("Defendants") to comply with its obligations under the terms of its agreement with Teamsters Benefit Trust ("the Trust.")

4. The Trust brought action to enforce the Liquidated Damages provisions of its Trust Agreement, and specifically Defendant's obligation to pay the agreed-upon $50,000.00 in liquidated damages. The Trust's administrator has informed me that Defendants have yet to pay the agreed-upon $50,000.00.

5. The Trust further brought action to enforce the audit provisions of the Trust Agreement. On or about July 1, 2010, July 15, 2010, and July 29, 2010, Catherine Arostegui, an attorney in this law firm sent letters to Defendant requesting that Defendant make its records available to the auditor. The Trust then filed suit to obtain access to the records, along with liquidated damages..

6. I have reviewed the billing entries in this case to the present time. The legal work in this case involved drafting demand letters to Defendants, preparing both the Complaint and the Request for Entry of Default, and analyzing the litigation with the Trustees. The attorney time spent on these matters was 52.5 hours and the law clerk time was 2.0 hours. I estimate an additional three (3) hours of attorney time to prepare for and attend the default judgment hearing.

6. The law office's fee arrangement with Plaintiff Trust Fund is $250.00 for all attorney time. Law Clerk time is billed at $125.00 per hour. Therefore, for 52.5 hours of attorney time, 2.0 hours of law clerk time, and 3.0 hours for estimated attorney time for preparation and attendance at the default judgment hearing the Trust will have incurred $14,125.00 in attorneys' fees in pursuit of the above captioned matter. A detailed breakdown of the hours and work involved in this case is attached to this Declaration as Exhibit "A".

7. I am familiar with the prevailing rate of private attorneys who practice before the court in the area of ERISA law. To the best of my knowledge, $250.00 per hour for attorney time is commensurate with the customary hourly fee for service rendered in similar cases.

8. Costs totaling $893.03 have been incurred as follows:

    a. $350.00 for filing costs;

    b. $465.00 for process serving costs

    c. $78.03 in other associated costs. A detailed breakdown of costs is attached to this Declaration as Exhibit "B".

9. Defendants Coastside Scavenger Company, Coastside/Seacoast Scavenger Company, and Coastside/Seacoast Disposal Company were served with the Summons and Complaint on or about November 14, 2011 by personal service upon Louis Piccardo, the registered agent for service of process for Coastside Scavenger Company, who was informed of the contents therein.

10. The Trust applied to the Court's Clerk for Entry of Default, which was granted and filed on December 14, 2011. A true and correct copy of the Entry of Default is attached as Exhibit "C".

I declare under penalty of perjury that the foregoing is true and correct to he best of my knowledge and that this Declaration was executed in Sacramento, California on February 9, 2012.

Dated: February 9, 2012

BEESON, TAYER & BODINE, APC

By: _____
PETER M. MCENTEE
Attorneys for TRUSTEES ON BEHALF
OF TEAMSTERS BENEFIT TRUST

EXHIBIT "A"
ITEMIZATION OF ATTORNEY HOURS

*Teamsters Benefit Trust v. Coastside Scavenger Company; Coastside/Seacoast Scavenger Company, and Coastside/Seacoast Disposal Company*

| Billing Date | Service | Attorney Hours | Clerk Hours |
|---|---|---|---|
| 06/17/09 | Review correspondence from Trust Fund administrator; Preparation of Demand Letter to Company | 0.5 | |
| 06/18/09 | Email correspondence with Trust Fund administrator; Update file | 0.5 | |
| 07/02/09 | Review correspondence from Trust Fund administrator; Update file with additional amounts owed to Trust Fund; Telephone call to company. | 0.4 | |
| 07/10/09 | Review correspondence and bank records; Telephone call to company. | 0.7 | |
| 07/13/09 | Review delinquency; Preparation of demand letter to company. | 0.5 | |
| 07/15/09 | Telephone conferences with Trust Fund administrator and company; calculate potential payment plan | 1.4 | |
| 07/16/09 | Review revised spreadsheet from Trust Fund administrator and company; Telephone calls to company. | 0.8 | |
| 07/17/09 | Email correspondence with Trust Fund administrator and company; Review facsimile from company; Telephone conference with company re payment plan and waiver of liquidated damages. | 1.5 | |
| 07/21/09 | Review correspondence from company; Preparation of email correspondence to Piller re waiver of liquidated damages. | 1.5 | |
| 07/29/09 | Telephone conferences with Local, company and Trust Fund administrator re bounced checks/delinquency to Trust Fund; Review email correspondence from Trust Fund administrator; Preparation of letter to company. | 1.6 | |
| 07/30/09 | Telephone call to company. | 0.2 | |
| 08/02/09 | Email correspondence with Trust Fund administrator | 0.2 | |
| 08/03/09 | Email correspondence and telephone conference with company re disputed check. | 0.7 | |

239753.doc

EXHIBIT "A"
ITEMIZATION OF ATTORNEY HOURS

*Teamsters Benefit Trust v. Coastside Scavenger Company; Coastside/Seacoast Scavenger Company, and Coastside/Seacoast Disposal Company*

| | | |
|---|---|---|
| 08/06/09 | Email correspondence with company and Trust Fund administrator | 0.9 |
| 08/10/09 | Email correspondence with Trust Fund administrator; Update file with amounts paid and amounts outstanding. | 0.7 |
| 08/13/09 | Review correspondence from Trust Fund administrator and company re remaining amounts owed; Review bounced checks. | 0.6 |
| 10/27/09 | Telephone conferences with Trust Fund administrator and Local re payments from company and outstanding obligations owed to the Trust Fund; Preparation of letter to Coastside and Recology. | 2.4 |
| 02/04/10 | Telephone conferences with attorney for company re settlement of liquidated damages and other claims; Preparation of email correspondence to Morales, Piller and Beeson. | 1.4 |
| 02/08/10 | Email correspondence with Trust Fund administrator and company attorney. | 0.4 |
| 02/11/10 | Email correspondence with Trust Fund administrator and company attorneys re missing liquidated damages. | 0.7 |
| 02/12/10 | Telephone calls and email correspondence with attorneys for Coastside; Preparation of email correspondence to Johnson re missing liquidated damages | 1.2 |
| 02/17/10 | Telephone conferences with company attorneys and preparation of email correspondence to company attorney. | 0.5 |
| 03/02/10 | Review payments from company and outstanding amounts owed. | 0.5 |
| 03/04/10 | Telephone conference with Trust Fund administrator re contributions paid and amounts still due and owing. | 0.3 |
| 03/11/10 | Review correspondence from company attorney; Telephone call to Pranger. | 0.5 |

239753.doc

EXHIBIT "A"
ITEMIZATION OF ATTORNEY HOURS

*Teamsters Benefit Trust v. Coastside Scavenger Company; Coastside/Seacoast Scavenger Company, and Coastside/Seacoast Disposal Company*

| | | | |
|---|---|---|---|
| 03/11/10 | Telephone call to company attorney; Preparation of letter to company attorney. | 0.5 | |
| 05/24/10 | Preparation of letter to company attorney. | 0.3 | |
| 06/30/10 | Preparation of demand letter to company; Email correspondence to Trust Fund administrator. | 0.5 | |
| 07/14/10 | Preparation of demand letter to company. | 0.3 | |
| 10/22/10 | Research re current status of corporation and causes of action; draft complaint. | | 2.0 |
| 10/22/10 | Draft complaint. | 1.5 | |
| 11/01/10 | Telephone conference with company; Telephone calls to Trust Fund administrator and Local; Research bankruptcy court filings. | 1.8 | |
| 11/02/10 | Telephone conference with Local. | 0.3 | |
| 11/03/10 | Telephone conference with Local re potential bankrutpcy. | 0.4 | |
| 11/10/10 | Telephone conference with company attorney | 0.3 | |
| 01/16/11 | Research re potential bankruptcy filing | 0.5 | |
| 07/27/11 | Conference with Arostegui | 0.4 | |
| 07/28/11 | Research; Review file. | 0.8 | |
| 08/02/11 | Research | 1.0 | |
| 08/23/11 | Review current status of company/successor company. | 0.8 | |

239753.doc

# EXHIBIT "A"
## ITEMIZATION OF ATTORNEY HOURS

*Teamsters Benefit Trust v. Coastside Scavenger Company; Coastside/Seacoast Scavenger Company, and Coastside/Seacoast Disposal Company*

| 08/26/11 | Review file. | 0.3 | |
|---|---|---|---|
| 09/06/11 | Research; Review file; Prepare complaint. | 2.0 | |
| 09/07/11 | Research; Prepare complaint. | 2.5 | |
| 09/08/11 | Research re complaint; Telephone calls with Trust Fund Administrator and Local. | 1.0 | |
| 09/16/11 | Research re lawsuit; Telephone call to Durham re Recology; Review Complaint. | 0.8 | |
| 09/21/11 | Research; Conference with Arostegui. | 0.3 | |
| 09/21/11 | Telephone conference with attorney for Recology. | 0.3 | |
| 09/30/11 | Review corporate status and multiple company names. | 0.5 | |
| 10/19/11 | Telephone conference with McEntee re litigation matter. | 0.2 | |
| 10/19/11 | Telephone conference with Durham re company. | 0.2 | |
| 10/27/11 | Review letter from Durham. | 0.4 | |
| 10/28/11 | Prepare memorandum re Recology's lack of liability; Prepare complaint | 0.7 | |
| 10/31/11 | Prepare complaint. | 0.3 | |
| 11/4/11 | Review correspondence from court and calendar dates. | 0.4 | |
| 11/7/11 | Conference with legal assistant re service of complaint. | 0.2 | |
| 11/08/11 | Research; Conference with legal assistant re service of complaint. | 0.2 | |
| 11/22/11 | Research re service. | 0.1 | |

239753.doc

EXHIBIT "A"
ITEMIZATION OF ATTORNEY HOURS

*Teamsters Benefit Trust v. Coastside Scavenger Company; Coastside/Seacoast Scavenger Company, and Coastside/Seacoast Disposal Company*

| Date | Description | Hours | |
|---|---|---|---|
| 12/07/11 | Research re Default. | 0.2 | |
| 12/13/11 | Prepare Default Motion. | 0.3 | |
| 12/28/11 | Review status of litigation matter. | 0.3 | |
| 01/23/12 | Research re ADR; Telephone call with Trust Fund representative Nora Johnson; Conference with Catherine Arostegui. | 1.0 | |
| 01/25/12 | Prepare ADR form for court; Conference with legal assistant. | 0.3 | |
| 01/31/12 | Review status of default judgment. | 0.3 | |
| 02/04/12 | Research; Prepare motion default judgment. | 3.4 | |
| 02/07/12 | Research; Prepare motion for default judgment. | 2.7 | |
| 02/07/12 | Review Default Judgment pleadings, attorney fees and costs. Conference with McEntee. | 1.2 | |
| 02/08/12 | Preparation of Itemization of Attorney Hours | 1.2 | |
| 02/08/12 | Prepare default papers | 1.2 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Attorney hours | 52.5 | hours at | $250.00 | = | $13,125.00 |
| Total Clerk hours | 2.0 | hours at | $125.00 | = | $   250.00 |
| | | | | **Total** | **$13,375.00** |

239753.doc

EXHIBIT "B"
ITEMIZATION OF COSTS

*Teamsters Benefit Trust v. Coastside Scavenger Company; Coastside/Seacoast Scavenger Company, and Coastside/Seacoast Disposal Company*

| Date | Filing fee | Price | Total |
|---|---|---|---|
| 10/31/11 | Cost Advanced paid to: United States District Court, Northern District of California | 350.00 | $350.00 |

| Date | Process Server | Price | Total |
|---|---|---|---|
| 11/3/11 | Cost Advanced paid to: Wheels of Justice for address search of Defendant | 165.00 | |
| 11/8/11 | Cost Advanced paid to: Wheels of Justice for service of process on Defendant | 300.00 | $465.00 |

| Date | In-House Photocopies | Price | Total |
|---|---|---|---|
| 10/28/11 | In-House Photocopies | 0.1 | 54 |
| 10/31/11 | In-House Photocopies | 0.1 | 240 |
| | | Total | $ 29.40 |

| Date | Overnight Mail | Price | Total |
|---|---|---|---|
| 12/13/11 | Cost Advanced paid to: United Parcel Service - 2nd day delivery to Hon. Laurel Beeler - USDC N.D of CA | 21.45 | |
| 02/06/12 | Cost Advanced paid to United Parcel Service - overnight delivery to Hon. Laurel Beeler - USDC N.D. of CA | 24.35 | |
| | | Total | $ 45.80 |

| Date | Research | Price | Total |
|---|---|---|---|
| 09/25/11 | On-Line Legal Research (Westlaw) | 2.83 | $ 2.83 |

**Total Costs    $893.03**

239754.doc

EXHIBIT "C"

# UNITED STATES DISTRICT COURT
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

December 14, 2011

RE: CV 11-05316 LB      TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST-
v- COASTSIDE SCAVENGER COMPANY

Default is entered as to defendants, Coastside Scavenger Company, Coastside/Seacoast Scavenger Company, Coastside/Seacoast Disposal Company on December 14, 2011.

RICHARD W. WIEKING, Clerk

*Cynthia J. Lenahan*
by Cynthia Lenahan
Case Systems Administrator

NDC TR-4 Rev. 3/89