UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COASTSIDE SCAVENGER COMPANY,<br><br>　　　　　Defendant.<br>_____/ | No. C 11-05316 LB<br><br>**ORDER INVITING PLAINTIFFS TO APPEAR BY TELEPHONE** |

This case is on this court's calendar on 4/26/2012 at 11 a.m. on Plaintiffs' motion for default judgment. Defendant has not appeared. The court keeps the matter on calendar only in an abundance of caution but invites Plaintiffs' counsel to appear by telephone to minimize costs and any disruption to counsel's schedule. Counsel should contact the courtroom deputy, Lashanda Scott at (415) 522-3140 to make the necessary arrangements.

**IT IS SO ORDERED.**

Dated: April 23, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-05316 LB
ORDER