United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>        Plaintiff,<br><br>   v.<br><br>COASTSIDE SCAVENGER COMPANY,<br><br>        Defendant.<br>_____/ | No. C 11-5316 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

On May 4, 2012, Magistrate Judge Beeler issued a report and recommendation (the "Report") in this ERISA-related case. Dkt. 38. The Report recommends granting default judgment in favor of plaintiff Trustees on Behalf of Teamsters Benefit Trust, who sued Defendant Coastside Scavenger Company ("Coastside"), a California corporation, for failure to pay liquidated damages arising from delinquent contributions required by the parties' trust agreement. Mot. for Default Judg., dkt. 19 at 2. Judge Beeler held a hearing on plaintiff's motion for default judgment on May 2, 2012. Coastside did not appear at the hearing, nor has it made any appearance in this proceeding despite having been served with the complaint, request for entry of default, and motion for default judgment. *See* dkts. 4, 7, 15, 19, and 23. Following the hearing, Judge Beeler issued the Report, recommending entry of default judgment of $50,000 in liquidated damages, $16,175 in attorneys' fees and $953.16 in costs. The Report also recommends ordering Coastside to submit to an audit by plaintiff and provide access to all records needed to calculate contributions from July 1, 2007 to the present within twenty-one days of this order. Report at 10.

The Report issued May 4, 2012. Pursuant to 28 U.S.C. § 636(b)(1), either party had fourteen days from service of the Report to file written objections. *See also* Fed. R. Civ. P. 72(b). The case was

reassigned to the undersigned judge on June 21, 2012. As of July 13, 2012, neither party has filed any objections to the Report.

The Court has reviewed the Report, and the files and records in this case. This Court, like Judge Beeler, finds that entry of default of $50,000 in liquidated damages is appropriate, as well as awarding $16,175 in attorneys' fees and $953.16. The Court likewise agrees that an audit is appropriate.

In its motion, plaintiff also requested that Coastside pay as damages all amounts found due and owing by the audit in addition to liquidated damages and interest based on the unknown amount of damages. *See* Mot. for Default Judg. at 10. Judge Beeler did not recommend granting this request, as it is essentially a request for a "blank check with the Court's permission to fill in the amount of that check when they later determine the contributions due." Report at 7 (*quoting Bay Area Painters & Tapers v. Brown,* 2007 WL 1302982 (N.D. Cal. May 3, 2007) (Alsup, J.)). Judge Beeler noted that the Court could retain jurisdiction to permit plaintiff to later submit its estimate of the damages to be assessed against Coastside for unpaid contributions due. The Court agrees that this is the appropriate relief, and will retain jurisdiction over the case to allow plaintiff to file a submission detailing the damages sought as discovered by the audit. *See Board of Trustees v. RBS Washington Blvd., LLC*, 2010 WL 145097, *6 (N.D. Cal. 2010) (Alsup, J.) (applying this procedure).

In sum, the Court ADOPTS Judge Beeler's Report and Recommendation. The Court GRANTS plaintiff's motion for default judgment, and AWARDS plaintiff $50,000 in liquidated damages, $16,175 in attorneys' fees, and $953.16 in costs. The Court ORDERS Coastside to submit to an audit by plaintiff and provide access to all records needed to calculate contributions from July 1, 2007 to the present within twenty-one days of this order.

**IT IS SO ORDERED.**

DATED: July 16, 2012

_____
SUSAN ILLSTON
United States District Judge

2