UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,

    Plaintiff,

  v.

COASTSIDE SCAVENGER COMPANY,

    Defendant.

No. C 11-5316 SI

**JUDGMENT**

Judgment in the amount of $50,000 in liquidated damages, $16,175 in attorneys' fees and $953.16 in costs is awarded in favor of plaintiffs and against defendants. Further, defendants are ordered to submit to an audit by plaintiff and provide access to all records needed to calculate contributions from July 1, 2007 to the present within twenty-one days of this judgment.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: July 16, 2012

_____
SUSAN ILLSTON
United States District Judge